**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

<table>
<tr>
<td>MARINA SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLA OPERATIONS US LLC,<br><br>Defendant.</td>
<td>Case No. 1:22-cv-07070<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURUSANT TO FED. R. CIV. P. 41(a)(1)(A)(i)<br><br>Hon. John J. Tharp, Jr.</td>
</tr>
</table>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Marina Scott hereby dismiss their individual claims against Wella Operations US LLC without prejudice.

Dated: March 23, 2023

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Max S. Roberts</u>*
Max S. Roberts

Max S. Roberts
888 Seventh Avenue
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
Email: mroberts@bursor.com

*Attorneys for Plaintiff*